IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN ISON; REBECCA ISON; CENTRAL
ARKANSAS MARINE, LLC d/b/a GREERS
FERRY LAKE MARINE & ATV; and
CHOCTOW MARINA, LLC                                                  PLAINTIFFS

v.                              No. 4:11-cv-373-DPM

MICHAEL MANZOLA d/b/a MANZOLA
CONSTRUCTION a/k/a MANZOLA
CARPENTRY; and JEANNINE MANZOLA
d/b/a MANZOLA CONSTRUCTION a/k/a
MANZOLA CARPENTRY                                                    DEFENDANTS

## JUDGMENT

The Isons' complaint is dismissed with prejudice. Each party shall bear its own costs.

_____
D.P. Marshall Jr.
United States District Judge

8 October 2012